



# *Watermelon Express*

177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:** Marine Park
2961 Avenue U
Brooklyn, NY

| Date | Description | Amount |
|------|-------------|--------|
| 7/24/2004 | **Watermelons**<br>**44,120 lbs. @ $.15** | $ 6,618.00 |
| | | |
| | | $ 6,618.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

_summary of prduty_

# TRUCK BILL OF LADING

**Watermelon Express**

177 Old County Road
Higganum CT 06441
Main Office: (860) 345-4981 .-. Fax (860) 345-4971
Mobile: (203) 623-0771 .-. (203) 623-0242

Date: 2/24/00

Consignee: Marine Park Farm Mkt

Address: _____

Destination: _____

Phone No. Day: 9172994555

Ask For: _____

Phone No. Night: _____

Time Departure: _____

Time Arrival: _____

Shipper's File No. 2018

Truck Brokers Trip No. _____

Trailer License _____

Truck Owner Dixon

City & State _____

Truck Broker KS

City & State _____

Driver Dixon

FAILURE TO REPORT A DELAY OF SCHEDULED ARRIVAL TIME BY TRUCKER TO RECEIVER AND/OR SHIPPER WILL RESULT IN A $100.00 REDUCTION OF FREIGHT. TRUCKER MUST BE SURE TO GET THE NAME OF THE PERSON HE IS TALKING TO WHEN HE REPORTS HIS DELAY. DRIVER INITIALS _____

Additional Stops: _____

15 bl

---

Seedless
Sangeria
Cartons
Suger Baby
Cartons

Watermelons
Gross Weight

Tare Weight
[EMPTY CTNS]
| or STRAW |
44120 Net Weight

**IMPORTANT:**
Date & Hour of Arrival _____
Date & Hour Unloaded _____
Net Weight Unloaded _____

MONEY ADVANCED TO DRIVER:
Origin _____
Destination _____ Only after Authorization
by Shipper or Truck Broker

FREIGHT: PREPAID ☑ COLLECT ☐

## MUST BE FILLED OUT BY RECEIVER

ACCEPTED

Good Melons: _____

Cut For Inspection: _____

Bruised & Cracked: _____

Cartons: _____

Total: 55 bins

Driver Must Sign Here: _____

Unloading Charges of $ _____ To Be Deducted From Freight

RECEIVED BY: _____

**Truck Driver:**

_____
SIGNATURE
(The person signing above represents himself as agent for the Truck Owner, with fill authority to accept his load.)

The merchandise described above received in apparent good order and condition and consigned and destined as indicated above, which the said truck owner, or the driver as his agent, agrees to carry and deliver to Consignee in good condition and good order at said destination. In accepting this shipment the above signator, as owner, agent or driver for owner, assumes all responsibility for its safe delivery in good condition to destination and will reimburse shipper for all damage to merchandise



# *Watermelon Express*

177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:**  **Marine Park**
**2961 Avenue U**
**Brooklyn, NY**

| Date | Description | Amount |
|------|-------------|--------|
| 8/7/2004 | **Watermelons** | $ 6,538.00 |
| | **46,700 lbs. @ $.14** | |
| | | |
| | | $ 6,538.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the

Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these

commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of

these commodities until full payment is received.

# TRUCK BILL OF LADING

## Watermelon Express

177 Old County Road
Higganum CT 06441
Main Office: (860) 345-4981 .-. Fax (860) 345-4971
Mobile: (203) 623-0771 .-. (203) 623-0242

Date: 8/7/04

Consignee: Marine Pock Farm mkt

Address: Brooklyn NY

Destination: _____

Phone No. Day: 917 299 4561

Ask For: _____

Phone No. Night: _____

Time Departure: _____

Time Arrival: _____

Shipper's File No. 2052

Truck Brokers Trip No. _____
Trailer License 078/730 ME
Truck Owner DeWayne Pinson

City & State _____
Truck Broker K S

City & State _____
Driver DeWayne Pinson

FAILURE TO REPORT A DELAY OF SCHEDULED ARRIVAL TIME BY TRUCKER TO RECEIVER AND/OR SHIPPER WILL RESULT IN A $100.00 REDUCTION OF FREIGHT. TRUCKER MUST BE SURE TO GET THE NAME OF THE PERSON HE IS TALKING TO WHEN HE REPORTS HIS DELAY. DRIVER INITIALS _____

Additional Stops: Wana / Calleway

149 Del.

---

66 Bin

## MUST BE FILLED OUT BY RECEIVER

57 Cartons Seedless
9 Cartons Sangere
_____ Watermelons
_____ Gross Weight
_____ Tare Weight
[EMPTY CTNS] | or STRAW |
46700 Net Weight

ACCEPTED

Good Melons: _____
Cut For Inspection: _____
Bruised & Cracked: _____
_____
Cartons: _____
**Total:** _____

**IMPORTANT:**

Date & Hour of Arrival _____
Date & Hour Unloaded _____
Net Weight Unloaded _____

Driver Must Sign Here: _____

Unloading Charges of $_____ To Be Deducted From Freight.

RECEIVED BY: _____

MONEY ADVANCED TO DRIVER:
Origin _____
Destination _____ Only after Authorization by Shipper or Truck Broker

FREIGHT: PREPAID ☐ COLLECT ☐

Truck Driver: _____
SIGNATURE
(The person signing above represents himself as agent for the Truck Owner, with full authority to accept his load.)

The merchandise described above received in apparent good order and condition and consigned and destined as indicated above, which the said truck owner, or the driver as his agent, agrees to carry and deliver to Consignee in good condition and good order at said destination. In accepting this shipment the above signator, as owner, agent or driver for owner, assumes all responsibility for its safe delivery in good condition to destination and will reimburse shipper for all damage to merchandise



# *Watermelon Express*

177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:** **Marine Park**
**2961 Avenue U**
**Brooklyn, NY**

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 8/14/2004 | **Watermelons** | $ 7,604.10 |
| | **54,315 lbs. @ $.14** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | $ 7,604.10 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the | |
| | Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these | |
| | commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of | |
| | these commodities until full payment is received. | |
| | | |

# TRUCK BILL OF LADING



## Watermelon Express

177 Old County Road
Higganum CT 06441
Main Office: (860) 345-4981 — Fax (860) 345-4971
Mobile: (203) 623-0771 — (203) 623-0242

Date: _8/14/04_

Consignee: _MARine park farm_

Address: _Brooklyn_

Destination: _____

Phone No. Day: _____

Ask For: _____

Phone No. Night: _____

Time Departure: _____

Time Arrival: _____

Shipper's File No. _2078_

Truck Brokers Trip No. _____

Trailer License _____

Truck Owner _Pierson_

City & State _____

Truck Broker _K's Truckers_

City & State _____

Driver _Pierson_

FAILURE TO REPORT A DELAY OF SCHEDULED ARRIVAL TIME BY TRUCKER TO RECEIVER AND/OR SHIPPER WILL RESULT IN A $100.00 REDUCTION OF FREIGHT. TRUCKER MUST BE SURE TO GET THE NAME OF THE PERSON HE IS TALKING TO WHEN HE REPORTS HIS DELAY. DRIVER INITIALS _____

Additional Stops: _____

_14# Del_

## MUST BE FILLED OUT BY RECEIVER

_5 Bin S_
_yellow_ —— Cartons ——
_SAU 9/_
_Scooltics_ —— Cartons ——
—— Watermelons
—— Gross Weight

—— Tare Weight
EMPTY CTNS
or STRAW

_54315_ —— Net Weight

_2 Bin_
_not good_

ACCEPTED

Good Melons: _____

Cut For Inspection: _____

Bruised & Cracked: _____

_____

Cartons: _____

**Total:** _____

### IMPORTANT:

Date & Hour of Arrival _____

Date & Hour Unloaded _____

Net Weight Unloaded _____

Driver Must Sign Here: _____

Unloading Charges of $ _____ To Be Deducted From Freight.

RECEIVED BY: _____

MONEY ADVANCED TO DRIVER:

Origin _____

Destination _____ —Only after Authorization by Shipper or Truck Broker

FREIGHT: PREPAID ☐     COLLECT ☐

**Truck Driver:** _____

SIGNATURE
(The person signing above represents himself as agent for the Truck Owner, with fill authority to accept his load.)

The merchandise described above received in apparent good order and condition and consigned and destined as indicated above, which the said truck owner, or the driver as his agent, agrees to carry and deliver to Consignee in good condition and good order at said destination. In accepting this shipment the above signator, as owner, agent or driver for owner, assumes all responsibility for its safe delivery in good condition to destination and will reimburse shipper for all damage to merchandise



# *Watermelon Express*

177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:**   **Marine Park**
              **2961 Avenue U**
              **Brooklyn, NY**

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 8/28/2004 | **Watermelons** | $ 8,616.45 |
| | **50,685 lbs. @ $.17** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | $ 8,616.45 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the | |
| | Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these | |
| | commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of | |
| | these commodities until full payment is received. | |
| | | |

# TRUCK BILL OF LADING

2098

## Watermelon Express

177 Old County Road
Higganum CT 06441
Main Office: (860) 345-4981 .-. Fax (860) 345-4971
Mobile: (203) 623-0771 .-. (203) 623-0242

Date: 8/27/04

Consignee: MARINE Farm stand

Address: _____

Destination: _____

Phone No. Day: SEE Rondue

Ask For: 917 2994555    646-423-83 72
Roco of Charles

Phone No. Night: 768 8842477

Time Departure: _____

Time Arrival: _____    17 E00

39 P.us Blackseed less
22 SAUGriLA

Shipper's File No. 3000

Truck Brokers Trip No. _____

Trailer License _____

Truck Owner _____

City & State _____

Truck Broker _____

City & State _____

Driver _____

FAILURE TO REPORT A DELAY OF SCHEDULED ARRIVAL TIME BY TRUCKER TO RECEIVER AND/OR SHIPPER WILL RESULT IN A $100.00 REDUCTION OF FREIGHT. TRUCKER MUST BE SURE TO GET THE NAME OF THE PERSON HE IS TALKING TO WHEN HE REPORTS HIS DELAY. DRIVER INITIALS _____

Additional Stops: _____

_____

## MUST BE FILLED OUT BY RECEIVER

_____ Cartons _____

_____ Cartons _____

Watermelons
_____ Gross Weight

_____ Tare Weight
EMPTY CTNS
or STRAW
5068 Net Weight

**IMPORTANT:**

Date & Hour of Arrival _____

Date & Hour Unloaded _____

Net Weight Unloaded _____

MONEY ADVANCED TO DRIVER:

Origin _____ 350

Destination _____
Only after Authorization
by Shipper or Truck Broker

FREIGHT: PREPAID ☑    COLLECT ☐

ACCEPTED

Good Melons: _____

Cut For Inspection: _____

Bruised & Cracked: _____

Cartons: _____

**Total:** _____

Driver Must Sign Here _____

Unloading Charges of $ _____ To Be Deducted From Freight.

RECEIVED BY: _____

Truck Driver: _____

SIGNATURE
(The person signing above represents himself as agent for the Truck Owner, with full authority to accept his load.)

The merchandise described above received in apparent good order and condition and consigned and destined as indicated above, which the said truck owner, or the driver as his agent, agrees to carry and deliver to Consignee in good condition and good order at said destination. In accepting this shipment the above signator, as owner, agent or driver for owner, assumes all responsibility for its safe delivery in good condition to destination and will reimburse shipper for all damage to merchandise



# *Watermelon Express*

177 Old County Road
Higganum, CT  06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:**   **Marine Park**
**2961 Avenue U**
**Brooklyn, NY**

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| | | |
| 9/7/2004 | **Apples** | |
| | **144  Prune Plums  @  $15** | $  2,160.00 |
| | **35  Ginger Golden  @  $13** | $     455.00 |
| | **84  Clapp Pears  @  $12** | $  1,008.00 |
| | **42  Bartlett Pears  @  $12** | $     504.00 |
| | **135 Combo Paula Red  @  $11** | $  1,485.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | $  5,612.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the | |
| | Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these | |
| | commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of | |
| | these commodities until full payment is received. | |
| | | |

## APPLE VALLEY FRUIT & PRODUCE, Inc.

PO Box 517, Wappinger Falls, NY 12590
Tel – (845) 297-8883
Fax – (845) 297-7667
E-Mail us- POPPYAPPLE @ OPTONLINE.NET



## Order Confirmation

To: Watermelon Express

Attention: Googie

Customer PO #: 2107

Date: 9/7/04

AV Invoice #: 10336

Truck:
Arrival Time:

| Quantity | Size | Product | Price FOB / DEL. | |
|---|---|---|---|---|
| 144 | 1/2 Bu | Prune Plums | 15⁰⁰ | 2/60 ⁰⁰ |
| 35 | 72 | Ginger Golden XF. | 13⁰⁰ | 455 ⁰⁰ |
| 84 | 4/5 Bu | Clapp Pears 2 1/4 | 12⁰⁰ | 100 & ⁰ⁿ |
| 42 | 4/5 Bu | Bartlett Pears 2 1/4 | 12⁰⁰ | 504 ⁰⁰ |
| 135 | 50 ct. | Combo Fondo Real | 11⁰⁰ | 1485 ⁰ⁿ |
| | | Delv. Price | | 56/2 ⁿ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the Statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



# *Watermelon Express*

177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:** **Marine Park**
**2961 Avenue U**
**Brooklyn, NY**

| Date | Description | Amount |
|---|---|---|
| | | |
| | | |
| 9/14/2004 | **Watermelons** | $ 5,997.50 |
| | **23,990 lbs. @ $.25** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | $ 5,997.50 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the | |
| | Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these | |
| | commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of | |
| | these commodities until full payment is received. | |

# TRUCK BILL OF LADING

## Watermelon Express

177 Old County Road
Higganum CT 06441
Main Office: (860) 345-4891 .~. Fax (860) 345-4971
Mobile: (203) 623-0371 .~. (203) 623-0242

Date: 9/13/04

Consignee: Marine Ant Form

Address: _____

Destination: _____

Phone No. Day: _____

Ask For: _____

Phone No. Night: _____

Time Departure: _____

Time Arrival: _____

Shipper's File No. 2122

Truck Brokers Trip No. _____

Trailer License _____

Truck Owner Pinson

City & State _____

Truck Broker _____

City & State _____

Driver _____

FAILURE TO REPORT A DELAY OF SCHEDULED ARRIVAL TIME BY TRUCKER TO RECEIVER AND/OR SHIPPER WILL RESULT IN A $100.00 REDUCTION OF FREIGHT. TRUCKER MUST BE SURE TO GET THE NAME OF THE PERSON HE IS TALKING TO WHEN HE REPORTS HIS DELAY. DRIVER INITIALS _____

Additional Stops: _____

## MUST BE FILLED OUT BY RECEIVER

| | | |
|---|---|---|
| 30 Bins seedless 195 39lb | ACCEPTED 25¢ del. | |
| 6 Bins sungem | | |
| 44511 Watermelons Gross Weight | Good Melons: _____ | |
| Tare Weight [EMPTY CTNS] [or STRAW] | Cut For Inspection: _____ | |
| | Bruised & Cracked: _____ | |
| 23990 Net Weight | Cartons: _____ | |
| | Total: _____ | |

**IMPORTANT:**

Date & Hour of Arrival _____

Date & Hour Unloaded _____

Net Weight Unloaded _____

Driver Must Sign Here: _____

Unloading Charges of $ _____ To Be Deducted From Freight.

RECEIVED BY: _____

MONEY ADVANCED TO DRIVER:

Origin _____

Destination _____ Only after Authorization by Shipper or Truck Broker

**Truck Driver:**

_____
SIGNATURE
(The person signing above represents himself as agent for the Truck Owner, with full authority to accept his load.)

FREIGHT: PREPAID ☐ COLLECT ☐

The merchandise described above received in apparent good order and condition and consigned and destined as indicated above, which the said truck owner, or the driver as his agent, agrees to carry and deliver to Consignee in good condition and good order at said destination. In accepting this shipment the above signator, as owner, agent or driver for owner, assumes all responsibility for its safe delivery in good condition to destination and will reimburse shipper for all damage to merchandise




# *Watermelon Express*

177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242

**Bill To:**   **Marine Park**
**2961 Avenue U**
**Brooklyn, NY**

| Date | Description | Amount |
|---|---|---|
| | | |
| | | |
| 9/16/2004 | **Apples/Pears/Plums** | |
| | 84 Bartlett Pears @ $12.5 | $ 1,050.00 |
| | 4 Bins McIntosh @ $190 | $ 760.00 |
| | 4 Bins Golden Delicious @ $190 | $ 760.00 |
| | 1 Bin McCoun @ $250 | $ 250.00 |
| | 4 Bins Gala @ $190 | $ 760.00 |
| | 2 Bins Bosc Pears @ $245 | $ 490.00 |
| | 2 Bins Empires @ $190 | $ 380.00 |
| | 25 Large P. Plum @ $15 | $ 375.00 |
| | | |
| | | |
| | | $ 4,825.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the | |
| | Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these | |
| | commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of | |
| | these commodities until full payment is received. | |
| | | |

# APPLE VALLEY FRUIT & PRODUCE, Inc.

PO Box 517, Wappinger Falls, NY 12590
Tel – (845) 297-8883
Fax – (845) 297-7667
E-Mail us– POPPYAPPLE @ OPTONLINE.NET



## Order Confirmation

To: Watermelon Express

Attention: Googie

Customer PO #: 2/20

Date: 9/16/04

AV Invoice #: 10341

Truck: J. Penbray
Arrival Time:

| Quantity | Size | Product | Price FOB | (DEL.) |
|---|---|---|---|---|
| 84 | 4/5-2/4 | Bartlett Pears | 12⁵⁰ | 1050 ⁰⁰ |
| 4 Bins | | tri-wall – McIn Fosh. | 190 ⁰⁰ | 760 ⁰⁰ |
| 4 Bins | . | '' '' -Gold Delicious | 190 ~ | 760 ⁰⁰ |
| 1 Bin | . | '' '' -McaCoven | 250 ⁰⁰ | 250 ⁰⁰ |
| 4 Bn | '' | ''' '' Gala | 190 ᵂ | 760 ᵂ |
| 2 Bins | '' | '' '' Bosc Pear 21/2 | 245 | 490 ⁰⁰ |
| 2 Brs | '' | '' '' Empires | 190 | 380 ⁰⁰ |
| 25 | 1/2 Bn | Large P. Plums. | 15 | 325 ⁰⁰ |
| | | | | 4825 ⁰⁰ |
| | | | | |
| | | | | |

The Perishable Agricultural Commodities listed on this invoice are sold subject to the Statutory Trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e (c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



# *Watermelon Express*
177 Old County Road
Higganum, CT 06441
Telephone (860) 345-4981 / Fax (860) 345-4971
Mobile Phone (203) 623-0771 & (203) 623-0242



**Bill To:** **Marine Park**
**2961 Avenue U**
**Brooklyn, NY**

| Date | Description | Amount |
|------|-------------|--------|
| 10/4/2004 | **Pumpkins** | $ 5,060.00 |
| | **44 Bins @ $115** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | $ 5,060.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5© of the | |
| | Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these | |
| | commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of | |
| | these commodities until full payment is received. | |

# TRUCK BILL OF LADING

**Watermelon Express**

177 Old County Road
Higganum CT 06441
Main Office: (860) 345-4981 .-. Fax (860) 345-4971
Mobile: (203) 623-0771 .-. (203) 623-0242

Date: _10/4/04_

Consignee: _MARINE park Int_

Address: _2961 AVE U_

Destination: _Brooklyn ny 11229_

Phone No. Day: _9172994555 Joe_

Ask For: _6464238372 Rocco_

Phone No. Night: ____

Time Departure: ____

Time Arrival: ____

Shipper's File No. _2129_

Truck Brokers Trip No. ____

Trailer License ____

Truck Owner _Daves Trucks_

City & State ____

Truck Broker ____

City & State ____

Driver ____

FAILURE TO REPORT A DELAY OF SCHEDULED ARRIVAL TIME BY TRUCKER TO RECEIVER AND/OR SHIPPER WILL RESULT IN A $100.00 REDUCTION OF FREIGHT. TRUCKER MUST BE SURE TO GET THE NAME OF THE PERSON HE IS TALKING TO WHEN HE REPORTS HIS DELAY. DRIVER INITIALS ____

Additional Stops: ____

____

____

____

_$1150.00 After Del_

## MUST BE FILLED OUT BY RECEIVER

_44_ ~~Cartons~~ _Bins Pumpkins_

____ Cartons ____

____ Watermelons
____ Gross Weight

____ Tare Weight
[EMPTY CTNS]
| or STRAW |
____ Net Weight

ACCEPTED

Good Melons: ____

Cut For Inspection: ____

Bruised & Cracked: ____

____   ____

____   ____

Cartons: ____   ____

## Total: ____   ____

**IMPORTANT:**

Date & Hour of Arrival ____

Date & Hour Unloaded ____

Net Weight Unloaded ____

Driver Must Sign Here: ____

Unloading Charges of $ ____ To Be Deducted From Freight.

RECEIVED BY: ____

MONEY ADVANCED TO DRIVER:

Origin ____

Destination ____ Only after Authorization
by Shipper or Truck Broker

FREIGHT:   PREPAID ☐   COLLECT ☐

**Truck Driver:**

____
SIGNATURE
(The person signing above represents himself as agent for the Truck Owner, with fill authority to accept his load.)

The merchandise described above received in apparent good order and condition and consigned and destined as indicated above, which the said truck owner, or the driver as his agent, agrees to carry and deliver to Consignee in good condition and good order at said destination. In accepting this shipment the above signator, as owner, agent or driver for owner, assumes all responsibility for its safe delivery in good condition to destination and will reimburse shipper for all damage to merchandise